**458**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Lamberto MEDINA–SOLORIO, aka
Lanberto Solorio Medina,
Defendant—Appellant.

D.C. Nos. CR–02–00108–CKJ, 02–10380.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 13, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Lamberto Medina–Solorio appeals his conviction, pursuant to a guilty plea, and sentence for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a) with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Medina–Solorio knowingly and voluntarily waived his statutory right to appeal, and was sentenced within the terms of the plea agreement. Accordingly, we enforce the waiver and dismiss the appeal. *United*

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*States v. Nguyen*, 235 F.3d 1179, 1183 (9th Cir.2000).

DISMISSED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

